Submitted on record and briefs December 23, 1992, reversed and remanded for reconsideration January 20, 1993

In the Matter of the Compensation of
Greg Gettman, Claimant.

## FAMILIAN NW
and Liberty Northwest Insurance Corporation,
*Petitioners,*

*v.*

Greg GETTMAN,
*Respondent.*

(91-07713; CA A75593)

844 P2d 284

Alexander D. Libmann, Portland, filed the brief for petitioners.

Kenneth Stood, and Lucas & Associates, St. Helens, filed the brief for respondent.

Before Rossman, Presiding Judge, and De Muniz and Leeson,* Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron,* 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271 (1992).

---

* Leeson, J., *vice* Buttler, J., retired.